| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>Calendar Year 2003 | Report Required by the Ethics in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Jones, James P | 2. Court or Organization<br><br>Western District of Virginia | 3. Date of Report<br><br>4/15/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - active | 5. ReportType (check appropriate type)<br><br>◌ Nomination,     Date<br><br>◌ Initial    ⦿ Annual    ○ Final | 6. Reporting Period<br><br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>P. O. Box 669<br><br>Abingdon, VA 24212 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS.    (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE**    - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.    Member | Virginia State Bar, Committee to Study Pro Hac Vice Admission in Virginia |

## II. AGREEMENTS.    (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE**    - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |



## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Incom - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2003 | ██████████ |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ **NONE** - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. University of Virginia School of Law | 2/21-22 - Charlottesville, VA - student moot court competition (room, food) |
| 2. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE  - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE  - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, James P | 4/15/2004 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A- | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE   (No reportable income, assets, or transactions) | | | | | | | | | |
| 1.  The Doris Duke Trust, income beneficiary | D | Dividend | | | | | | | |
| 2.  FBR American Gas Index Fund | A | Dividend | J | T | | | | | |
| 3.  Bell South Corporation common stock | A | Dividend | J | T | | | | | |
| 4.  ChevronTexaco Corp. common stock | B | Dividend | L | T | | | | | |
| 5.  Duke Energy common stock | E | Dividend | N | T | | | | | |
| 6.  Exxon Mobil common stock | C | Dividend | M | T | | | | | |
| 7.  IBM common stock | A | Dividend | L | T | | | | | |
| 8.  SBC Communications common stock | A | Dividend | J | T | | | | | |
| 9.  T. Rowe Price Va Bond Fund | A | Dividend | J | T | | | | | |
| 10.  T. Rowe Price Tax Free Ins. Fund | A | Dividend | J | T- | | | | | |
| 11.  T. Rowe Price Growth Stock Fund | A | Dividend | M | T | | | | | |
| 12.  T. Rowe Price New Horizons Fund | | None | M | T | | | | | |
| 13.  Gateway common stock | | None | J | T | | | | | |
| 14.  T. Rowe Price New Asia Fund | A | Dividend | L | T | | | | | |
| 15.  T. Rowe Price Int'l Stock Fund | B | Dividend | M | T | | | | | |
| 16.  T. Rowe Price Int'l Stock Fund | A | Dividend | L | T | | | | | |
| 17.  T. Rowe Price New Income Fund | D | Dividend | N | T | | | | | |
| 18.  T. Rowe Price Prime Reserve Fund | B | Dividend | N | T | | | | | |

1. Income/Gain Codes:          A = $1,000 or less          B = $1,001-$2,500          C = $2,501-$5,000          D = $5,001-$15,000          E = $15,001-$50,000
   (See Columns B1 and D4)     F = $50,001-$100,000       G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000     H2 = More than $5,000,000
2. Value Codes:                J = $15,000 or less        K = $15,001-$50,000        L = $50,001-$100,000          M = $100,001-$250,000
   (See Columns C1 and D3)     N = $250,000-$500,000      O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000     P2 = $5,000,001-$25,000,000
                               P3 = $25,000,001-$50,000,000                          P4 = $More than $50,000,000
3. Value Method Codes          Q = Appraisal              R = Cost (Real Estate Only)   S = Assessment                 T = Cash/Market
   (See Column C2)             U = Book Value             V = Other                     W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, James P | 4/15/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A- | (5) Identity of buyer/seller (if private transaction) |
| 19. T. Rowe Price Science & Tech. Fund | | None | L | T | | | | | |
| 20. T. Rowe Price Blue Chip Growth Fund | A | Dividend | N | T | | | | | |
| 21. T. Rowe Price Equity Index 500 Fund | D | Dividend | O | T | | | | | |
| 22. Ketchum House, LLP partnership | A | Rent | L | W | | | | | |
| 23. T. Rowe Price Value Fund | A | Dividend | L | T | | | | | |
| 24. T. Rowe Price Equity Income | B | Dividend | L | T | | | | | |
| 25. First Union Bank account | A | Interest | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Jones, James P | 4/15/2004 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ▅▅▅▅▅▅▅▅▅▅                     Date _4/16/04_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544